# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| Joseph Mason, | CA No. 6:21-cv-2167-TMC |
|     Plaintiff, | |
| vs. | **PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES** |
| Five Star Carbide, LLC; RANN Products, LLC; ARC Global Holdings, Inc.; Afzaal Mir; Jerry Saad; and Larry McKinney, | |
|     Defendants. | |

Pursuant to Fed. R. Civ. P. 37(a) and (d), Plaintiff Joseph Mason ("Plaintiff"), respectfully moves this Court for an order compelling Defendants Five Star Carbide, LLC, RANN Products, LLC, and ARC Global Holdings, Inc., to respond to Plaintiff's early Rule 34 Document Requests and to provide the corresponding document productions, and deeming any objections to same waived. Plaintiff also respectfully moves this Court for recovery of his reasonable attorneys' fees and costs in bringing this motion.

This Motion is based on the motion papers, the pleadings, and all other matters contained in the record. The undersigned hereby affirms that Plaintiff's counsel has conferred with defense counsel as to the subject matter of this Motion and made good faith attempts to resolve same in advance of bringing the present motion as required under LR 7.02.

Respectfully submitted October 25, 2021.

s/Molly R. Hamilton Cawley, Esq.
Molly Hamilton Cawley, Esq.
FID NO. 11838
Casey Martens, Esq.
FID No. 12812
MHC Law, LLC.
460 King Street, Suite 200
Charleston, SC 29403
(843) 225-8651
molly@mhc-lawfirm.com
casey@mhc-lawfirm.com

*Counsel for Plaintiff*
