## Who sent it

MHC LAW FIRM

(Sender's street address omitted intentionally from this email)
Charleston, SC 29403

## Who will receive it

SCOTT F. TALLEY
TALLEY LAW FIRM
(Recipient's street address omitted intentionally from this email)
SPARTANBURG, SC 29302-1617 US
Wed 18 Aug 2021 10:05 AM

## Shipped from

THE UPS STORE #3439
828-883-4701

## Carrier details

UPS Next Day Air

## Tracking details

Tracking No.: 1ZXX83490109257813
Shipment ID: MMXFDRF14NRMA
Order / Item #: --
Reference #: --

## Ship date

Tuesday, August 17, 2021

## Delivery date

Wed 18 Aug 2021 10:05 AM

## Tracking your item

Click the link below to view complete tracking information.

## Have a question?

For any queries about this shipment, please contact UPS directly at 1-800-PICK-UPS (1-800-742-5877), and have your tracking number ready.

## Great offers on every ing, direct to your inbox

At The UPS Store®, we do all we can to help our customers stay one step ahead. Join our email program today and we'll regularly send great offers and resources direct to your inbox — so you can make more of your time and money.



Every for small business, all in one place.

THE UPS STORE

CONFIDENTIALITY NOTICE: The information contained in and accompanying this communication may be privileged or confidential and is intended solely for the use of the intended recipient(s). If you are not the intended recipient(s) of this communication please delete and destroy all copies immediately.