IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Joseph Mason,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Five Star Carbide, LLC; RANN Products, LLC, ARC Global Holdings, Inc., Afzaal Mir, individually, Jerry Saad, individually, and Larry McKinney, individually,<br><br>　　　　　Defendants. | Civil Action Number: 6:21-cv-2167-TMC<br><br>**CONSENT ORDER OF SUBSTITUTION** |

　　Upon the consent motion for substitution [ECF 21], the Court hereby grants the request of Defendants RANN Products, LLC, Afzaal Mir, individually, Jerry Saad, individually, and Larry McKinney, individually, to be represented by TURNER PADGET GRAHAM & LANEY, P.A. and counsel R. Taylor Speer (Fed. ID No. 12267) and Hannah D. Stetson (Fed. ID No. 12036). TALLEY LAW FIRM, P.A. and counsel Scott F. Talley (Fed. ID No. 9016) are hereby relieved as counsel of record for these expressly identified defendants.

　　　　　　　　　　　　　　　　　　　　　　　　s/Timothy M. Cain
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

November 4, 2021
Anderson, South Carolina